UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1172
_____

LAURENCE KAPLAN, on behalf of himself,
individually, and on behalf of all others similarly situated

v.

SAINT PETER'S HEALTHCARE SYSTEM;
RONALD C. RAK; SUSAN BALLESTERO, an individual;
GARRICK STOLDT, an individual;
JOHN and JANE DOES 1–20

Saint Peter's Healthcare System, Ronald C.
Rak, Susan Ballestero, Garrick Stoldt,
Appellants
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-13-cv-02941)
District Judge: Honorable Michael A. Shipp
_____

On Remand from the Supreme Court of the United States
on July 7, 2017
Submitted on Remand July 7, 2017

Present:      McKEE, AMBRO, and HARDIMAN, Circuit Judges

_____ ORDER _____

By opinion and judgment dated June 5, 2017, the Supreme Court of the United States
ordered the judgment of this Court entered December 29, 2015 be reversed. *Advocate
Health Care Network, et al. v. Stapleton, et al.*, __ U.S. __, 137 S.Ct. 1652 (2017).

In accordance with the decision of the Supreme Court, the opinion and judgment of this
Court are hereby vacated.  It is further ADJUDGED AND ORDERED that the judgment

of the District Court dated March 31, 2014 is hereby reversed.  Costs are taxed in favor of the Appellants.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

ATTEST:

s/Marcia M. Waldron,
Clerk

Dated: July 13, 2017